DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. S.
Suite 1100
Las Vegas, Nevada  89101
(702) 388-6546 (Telephone)
(702) 388-5087 (Fax)
Kimberly.frayn@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:11-CR-434-LDG-PAL |
| vs. | ) GOVERNMENT'S MOTION TO QUASH ) AREST WARRANT AND DISMISS ) INDICTMENT |
| OLEH RYMARCHUCK, | ) |
| Defendant. | ) |

The undersigned counsel certifies that this motion is timely filed.

COMES NOW, the United States, by and through DANIEL G. BOGDEN, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and moves to quash the arrest warrant and dismiss the Indictment and Superseding Indictment against the aforementioned Defendant for the following reasons:

On or about December 13, 2011, the Grand Jury returned an Indictment against Defendant Rymarchuck (doc. no. 1).  In connection therewith a warrant issued for the Defendant's arrest.  On or about October 16, 2012, a Superseding Indictment was also issued

against him (doc. no. 243) and the arrest warrant remained in place.  The Defendant has remained in fugitive status since the initial Indictment issued against him. The FBI advises that it believes Defendant Rymarchuck is out of the country and travels only to foreign countries from which he will not be subject to extradition to the United States.  Accordingly, the Government respectfully moves to quash the arrest warrant and dismiss the charges in the Indictment and Superseding Indictment (doc. no. 1 and 243) against this Defendant.

Date: June 24, 2016                    Respectfully submitted,

                                       DANIEL G. BOGDEN,
                                       United States Attorney

                                        /s/ Kimberly M. Frayn
                                       KIMBERLY M FRAYN
                                       Assistant United States Attorney

### ORDER

IT IS SO ORDERED, the arrest warrant issued against OLEH RYMARCHUCK, is hereby quashed and the Indictment and Superseding Indictment (doc. no. 1 and 243) pending against OLEH RYMARCHUCK is hereby dismissed.

DATED: 29 June 2016

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT COURT JUDGE