DANIEL G. BOGDEN
United States Attorney
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Blvd. S.
Suite 1100
Las Vegas, Nevada  89101
(702) 388-6546 (Telephone)
(702) 388-5087 (Fax)
Kimberly.frayn@usdoj.gov

Counsel for Plaintiff United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-434-LDG-PAL |
| Plaintiff, | |
| vs. | GOVERNMENT'S MOTION TO AMEND ORDER DISMISSING INDICTMENT AND QUASHING ARREST WARRANT (Doc. No. 668) |
| OLEH RYMARCHUK,    Defendant. | |

COMES NOW, the United States, by and through DANIEL G. BOGDEN, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, and moves to Amend Order Dismissing Indictment and Quashing Arrest Warrant (Doc. No. 668) because the Defendant's last name was inadvertently spelled incorrectly.  Accordingly, the Government respectfully moves for this court to amend its June 29, 2016 order by correcting the spelling of

the defendant's last name from the incorrect spelling of "RYMARCHUCK" to the correct spelling of RYMARCHUK.

Date: July 13, 2016                                Respectfully submitted,

                                                   DANIEL G. BOGDEN,
                                                   United States Attorney

                                                    /s/ Kimberly M. Frayn
                                                   KIMBERLY M FRAYN
                                                   Assistant United States Attorney


**ORDER**

IT IS SO ORDERED, the June 29, 2016 order (doc. no. 668) is hereby amended; and

IT IS FURTHER ORDERED that the arrest warrant issued against OLEH RYMARCHUK is hereby quashed and the Indictment and Superseding Indictment (doc. no. 1 and 243) pending against OLEH RYMARCHUK, is hereby dismissed.

DATED: 13 July 2016

_____
HONROABLE LLOYD D. GEORGE
UNITED STATES DISTRICT COURT JUDGE